UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KATJA L. JONES,

Plaintiff,

v.

MESSERLI & KRAMER, P.A., ET AL.,

Defendants.

Case No. 01-748 DWF/AJB

**AMENDED** NOTICE
OF SETTLEMENT CONFERENCE

---

Due to a conflict on the Court's calendar, you are hereby given notice that the settlement conference in the above referenced case previously scheduled to begin at 1:30 p.m. on May 15, 2002, has been rescheduled. The settlement conference will commence at **8:00 a.m. on May 15, 2002**, before the undersigned Magistrate Judge.

Dated: 5/2/02

Arthur J. Boylan
U. S. Magistrate Judge

Filed MAY 0 2 2002
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________