**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

KATJA L. JONES,

Plaintiff,

v.

MESSERLI & KRAMER, P.A., a Minnesota corporation, and RETAILERS NATIONAL BANK,

Defendants.

Civil No. 01-748 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Robert Everhart, Esq., Everhart Law Office, 708 Cleveland Avenue, Suite 101, P.O. Box 120534, New Brighton, MN 55112, counsel for Plaintiff.

Ann Marit Setnes, Esq., and Jason Adams, Esq., Messerli & Kramer, 1800 Fifth Street Towers, 150 South 5th Street, Minneapolis, MN 55402-4218, counsel for Defendants.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: May 15, 2002

DONOVAN W. FRANK
Judge of United States District Court

MAY 1 5 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK