**Judge Donovan W. Frank**
**Mag. Judge Arthur J. Boylan**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

(Other Civil)

Katja L. Jones

01-CV-748 DWF/AJB

Plaintiff,

vs.

**ORDER**

Messerli & Kramer, P.A.,
a Minnesota Corporation,
and Retailers National Bank

Defendants,

---

IT IS THEREFORE ORDERED, that the above referenced case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated this 11th day of September, 2002

Donovan W. Frank
UNITED STATES DISTRICT JUDGE

#506351 v1

FILED SEP 11 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**Judge Donovan W. Frank**
**Mag. Judge Arthur J. Boylan**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

(Other Civil)

Katja L. Jones 01-CV-748 DWF/AJB

Plaintiff,

vs. **STIPULATION OF DISMISSAL**

Messerli & Kramer, P.A.,
a Minnesota Corporation,
and Retailers National Bank

Defendants,

---

Whereas the parties have reached a settlement of this matter, they jointly request Pursuant to Federal Rule of Civil Procedure 41(a)(1) that this case be dismissed with prejudice.

Dated this 4 day of June, 2002

Robert J. Everhart, MN# 180671
EVERHART LAW OFFICE, LTD.
P.O. Box 120534
New Brighton, MN 55112
Phone: 651-636-9212
Fax: 651-636-8879

Dated this 31st day of May, 2002

William C. Hicks, MN# 142505
MESSERLI & KRAMER, P.A.
3504 Annapolis Lane North, Suite 300
Plymouth, MN 55447-5326
Phone: 763-548-7900
Fax: 763-548-7922

#506351 v1

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK